STATE of Missouri ex rel. MAYFAIR HOMES ASSOCIATION, INC. and Valentin Schultz and Mary Schultz, Relators, Appellants,

v.

BOARD OF ZONING ADJUSTMENT OF KANSAS CITY, Missouri, Robert Snapp, Jr., Chairman, Loreen Jacobson, Vice Chairman, W. Aaron Strawn, Homer Williams, Jack White, Codes Administrator, and Forrest and Carolyn Roudebush, Respondents.

No. WD 35094.

Missouri Court of Appeals, Western District.

March 12, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied April 30, 1985.

Application to Transfer Denied June 25, 1985.

**806**

Alan E. South of Crews, Milliard & South, P.C., Kansas City, for appellants Mayfair Homes Ass'n and the Shultzes.

Mark E. Johnson, Larry W. Joye of Morrison, Hecker, Curtis, Kuder & Parrish, Kansas City, for the Roudebushes.

Richard Ward, Heather Brown, Kansas City, for appellant Bd. of Zoning Adjustment.

Before TURNAGE, C.J., and SHANGLER and MANFORD, J.

## ORDER

PER CURIAM.

This is an appeal from a judgment of dismissal of a petition for review and writ of certiorari seeking review of a zoning decision.

The judgment is affirmed. Rule 84.16(b).